**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**


**SPINE AND SPORTS**
**CHIROPRACTIC, INC.,**

        **Plaintiff,**

                                      **Civil Action 2:15-cv-3041**
     **v.**                                **Chief Judge Edmund A. Sargus, Jr.**
                                        **Magistrate Judge Jolson**

**INSIGHT HEALTH CORP., et al.,**

        **Defendants.**


## ORDER

      The briefing related on Defendants' Motion to Stay Proceedings Pending Final Merits

Disposition of FCC Opt-Out Order on Appeal (Doc. 15) shall be expedited as follows:

Defendants' reply brief shall be filed by Tuesday, March 22, 2016.  In addition, the Court will

conduct a continued preliminary pretrial conference at 1:30 p.m. on Wednesday, April 20, 2016.

      IT IS SO ORDERED.


Date:  March 10, 2016                              <u>s/ Kimberly A. Jolson</u>
                                                      Kimberly A. Jolson
                                                    United States Magistrate Judge