# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| SPINE & SPORTS CHIROPRACTIC, INC., individually, and as the representatives of a class of similarly situation persons, | Civil Action No.: 2:15-cv-3041 EAS-NMK |
| Plaintiffs, | |
| v. | **AGREED ENTRY OF DISMISSAL** |
| INSIGHT HEALTH CORP., INSIGHT PROSCAN, LLC and JOHN DOES, 1-10, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Spine & Sports Chiropractic, Inc. and Defendants, Insight Health Corp. and Insight Proscan, LLC, through their undersigned attorneys, hereby stipulate to the dismiss of this action with prejudice. Each party to bear its own costs.

Dated: October 23, 2017

                                                                                             Respectfully submitted,

                                                          */s/Matthew E. Stubbs*
                                                          GEORGE D. JONSON (0027124)
                                                          MATTHEW E. STUBBS (0066722)
                                                          MONTGOMERY, RENNIE & JONSON
                                                          36 E. Seventh Street, Suite 2100
                                                          Cincinnati, Ohio  45202
                                                          (513) 241-4722
                                                          (513) 241-8775 (fax)
                                                          Email:  gjonson@mrjlaw.com
                                                                   mstubbs@mrjlaw.com

                                                          Attorneys for Plaintiff

        DINSMORE & SHOHL, LLP

        */s/Karen S. Hockstad*
        Karen S. Hockstad
        Vladimir P. Belo
        191 W. Nationwide Blvd., Suite 300
        Columbus, Ohio 43215
        (614) 628-6880
        (614) 628-6890 (fax)
        Email: Karen.hockstad@dinsmore.com
               Vladimir.belo@dinsmore.com
        Attorneys for Defendants Insight Health Corp. and
        Insight Proscan, LLC

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 23, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

        */s/Matthew E. Stubbs*
        Matthew E. Stubbs